IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL HORN,

    Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

CASE NO.

_____/

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, MICHAEL HORN ("Plaintiff"), by and through attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

VERIFIED COMPLAINT      1

## PARTIES

5. Plaintiff is a natural person who resides in Moore Haven, Glades County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a limited liability company with a business office located in Norfolk, Virginia.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Beginning in February of 2011, Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant called Plaintiff's home at 863-846-9164 and told Plaintiff's wife, Kris Horn, that Defendant would garnish Plaintiff's wages if he did not pay.

13. Thereafter, Defendant withdrew $50.00 without authorization from Plaintiff's bank account as Plaintiff had previously called Defendant and canceled this payment.

14. Defendant also told Plaintiff's wife that Plaintiff would go to jail if he did not pay in full.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

(a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence was to harass, oppress and annoy Plaintiff, to wit: withdraw a payment from Plaintiff's bank account when Plaintiff cancelled this payment;

(b) Defendant violated §1692e(4) of the FDCPA by threatening to garnish Plaintiff's wages;

(c) Defendant violated §1692e(5) of the FDCPA by threatening to take action that cannot legally be taken, to wit: have Plaintiff thrown in jail; and

(d) Defendant violated §1692e(7) of the FDCPA by stating that Plaintiff committed a crime by stating that Plaintiff would be thrown in jail if he did not pay.

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

15. Statutory damages of $1000.00, pursuant to the FDCPA, 15 U.S.C. 1692k;

16. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

17. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: _____
James D. Pacitti, Esquire
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 230
Fax: (866) 385-1408
jpacitti@consumerlawcenter.com
Attorney for Plaintiff
FBN: 119768

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MICHAEL HORN hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF FLORIDA)

Plaintiff, MICHAEL HORN, says as follows:

1. I am a Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MICHAEL HORN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/3/11

MICHAEL HORN,
Plaintiff