## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

MICHAEL HORN,

    Plaintiff,

  v.                                    CASE NO. 2:11-cv-00148

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL

      MICHAEL HORN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: \_/s/ Shireen Hormozdi_____
Shireen Hormozdi, Esq.
FBN: 882461
KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
shormozdi@consumerlawcenter.com
*Attorney for Plaintiff*